PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
9:06-CR-80197-RAR-02

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00231-APG-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Won Sok Lee | Southern District of Florida | West Palm Beach |

FILED ✓   RECEIVED
ENTERED   SERVED ON
JULY 30 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**NAME OF SENTENCING JUDGE**
The Honorable Kenneth L. Ryskamp

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 04/11/2025
TO: 04/10/2028

**OFFENSE**
Conspiracy to Commit Wire Fraud and Wire Fraud

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Employment/Familiar ties/Education

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

07/28/2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 31, 2025
*Effective Date*

*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Won Sok Lee
Case No.: TO BE DETERMINED

**REQUESTING ACCEPTANCE OF JURISDICTION**

July 29, 2025

TO:   United States District Judge

On December 11, 2009, Wok Sok Lee was sentenced in the Southern District of Florida by the Honorable Kenneth L. Ryskamp to a term of 298 months imprisonment followed by three (3) years' term of supervised release for the offense of Conspiracy to Commit Wire and Mail Fraud, a Class C Felony, and Wire Fraud, a Class C Felony. On April 11, 2025, Lee commenced his term of supervision in the District of Nevada.

Lee has no intention of returning to the Southern District of Florida. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), Southern District of Florida U.S. District Court Judge has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

Digitally signed by Victoria Willard
Date: 2025.07.30 09:58:38 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.07.30 09:56:58 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer